**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Nicole Walker-Edwards aka Nicole Walker<br><br>                    Debtor<br><br>Carrington Mortgage Service, LLC, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>Kenneth E. West, Trustee<br>Nicole Walker-Edwards aka Nicole Walker<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 18-15339-elf |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Carrington Mortgage Service, LLC, or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 2112 N. 58th Street, Philadelphia, PA 19131.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

   1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>March 22, 2022,</u> you or your attorney must do <u>all</u> of the following:

   (a)   file an answer explaining your position at

   United States Bankruptcy Court
   For the Eastern District of Pennsylvania
   Robert N.C. Nix Sr. Federal Courthouse
   900 Market Street, Suite 201
   Philadelphia, Pennsylvania 19107

   If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the Movant's attorney:

   Marisa Myers Cohen, Esquire
   McCabe, Weisberg & Conway, LLC
   123 S. Broad Street, Suite 1400

      Philadelphia, PA 19109
      Phone: 215-790-1010
      Fax: 215-790-1274

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on <u>March 29, 2022</u>, at <u>9:30a.m.</u> in <u>Courtroom #1</u>, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, Pennsylvania 19107.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 8, 2022